836

No. 96–9218. GELABERT *v.* JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9219. GEE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9221. DENNIS *v.* BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9223. FRENCH *v.* THOMAS, SHERIFF, HARRIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–9224. HIGGINS *v.* HIGGINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–9227. MOORE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9228. MAGWOOD *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–9229. MCGINNIS *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. 7th Cir. Certiorari denied.

No. 96–9230. MOORE *v.* PARMENTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–9231. LENHART *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9232. JOHNINSON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–9233. STRANG *v.* ARMS CONTROL AND DISARMAMENT AGENCY ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9234. SUBLETT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–9236. LYLE *v.* MAGNOLIA STATE ENTERPRISES, INC., ET AL. C. A. 5th Cir. Certiorari denied.